UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20163-CR-LENARD

UNITED STATES OF AMERICA
        Plaintiff,

vs.

YUNESKY FORNARIS
        Defendant.
_____/

## DEFENDANT'S OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT

Defendant, YUNESKY FORNARIS, by and through his undersigned counsel and pursuant to Federal Rule of Criminal Procedure 32(f), and Local Rule 88.8 for the Southern District of Florida, hereby files his objections to the Pre-Sentence Investigation Report ("PSIR") prepared by the probation office. Defendant states:

**Part C.     Offender Characteristics**[1]

**Paragraph 77** --- In Paragraph 77, under the "Educational and Vocational Skills" section, Defendant asks the probation office to correct the statement that he did not complete his work toward a degree as a pharmacy technician. On or about December 17, 2016, Defendant earned a degree as a pharmacy technician and he received his diploma in April 2017.

**Paragraph 82** --- Defendant asks the probation office to correct the figures in the section on "Assets" under "Financial Condition: Ability to Pay" as follows: Defendant reported the total balance in his Personal Checking Account as $217.00, not $17,000.

---

[1] Defendant notes that his Pre-Sentence Investigation interview was conducted by telephone using a speaker phone in the undersigned's office because the assigned probation officer is stationed in Key West. Therefore, during the interview, there was some difficulty in the parties' communication efforts as the telephone kept cutting in and out intermittently.

**Paragraph 83** – The erroneous figure noted above is repeated under the "Analysis" section in Paragraph 83.

**WHEREFORE**, Defendant YUNESKY FORNARIS requests the probation office to make the foregoing corrections to the PSIR.

                    Respectfully submitted,

                    _s/Robyn Blake_____
                    ROBYN M. BLAKE
                    Florida Bar No.: 146129
                    20295 N.W. 2nd Avenue, Suite 215
                    Miami, Florida 33169
                    Telephone:  (305) 651-5505
                    Facsimile:   (305) 651-5525
                    ROBYN M. BLAKE, P.A.
                    Attorney for Defendant
                    E-mail: law@robynblake.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on November 20, 2017.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                    s/Robyn Blake_____
                    ROBYN M. BLAKE