UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CR-20163

**UNITED STATES OF AMERICA**

v.

**YUNESKY FORNARIS,**

        **Defendant.**

_____/

### GOVERNMENT'S MOTION FOR A RULE 35 REDUCTION

The United States of America moves to reduce the sentence of Defendant Yunesky Fornaris pursuant to Rule 35 of the Federal Rules of Criminal Procedure:

1. On March 14, 2017, the defendant was charged by indictment with one count of conspiracy to commit health care fraud and wire fraud, in violation of Title 18, United Sates Code, Section 1349, two counts of health care fraud, in violation of Title 18, United States Code, Section 1347, and one count of conspiracy to defraud the United States and pay health care kickbacks, in violation of Title 18, United States Code, Section 371.

2. On June 28, 2017, the defendant was charged by superseding indictment with three additional counts of money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

3. On October 3, 2017, the defendant pleaded guilty to one count of conspiracy to commit health care fraud and wire fraud, in violation of Title 18, United Sates Code, Section 1349.

4. On December 14, 2017, the defendant was sentenced to 115 months' imprisonment and ordered to pay $15,100,000 in restitution.

5. As part of his plea agreement, the defendant agreed to cooperate with the government. The defendant was debriefed by the government on multiple occasions and provided information that contributed to the guilty plea of another individual.

6. The defendant has provided the government with substantial assistance and as a result of this assistance, the government recommends a 10% reduction in his sentence, which would lover his sentence by 12 months to 103 months' imprisonment.

7. The undersigned counsel has conferred with counsel for the defendant, who confirmed that she does not oppose the filing of this motion but would seek a 15% reduction.

                Respectfully submitted,

                ROBERT ZINK
                ACTING CHIEF, FRAUD SECTION

                ARIANA FAJARDO ORSHAN
                UNITED STATES ATTORNEY

By:       */s/ Adam Yoffie*
            Adam G. Yoffie
            Florida Special Bar No. A5502282
            Trial Attorney
            United States Department of Justice
            Criminal Division, Fraud Section
            1400 New York Ave., NW
            Washington, DC 20005
            Tel: (202) 768-3130
            Email: adam.yoffie@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I, Adam G. Yoffie, hereby certify that on May 2, 2019, the foregoing was served on all attorneys of record in the above-captioned case via the CM/ECF electronic filing system.

        By:   */s/ Adam Yoffie*
            Adam G. Yoffie
            Florida Special Bar No. A5502282
            Trial Attorney
            United States Department of Justice
            Criminal Division, Fraud Section
            1400 New York Ave., NW
            Washington, DC 20005
            Tel: (202) 768-3130
            Email: adam.yoffie@usdoj.gov